IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IN RE:  BECKY GARCIA and
ESTAVAN B. GARCIA,

       Debtors.


PHILIP J. MONTOYA, Trustee,

       Plaintiff/Appellant,

v.                                                           Civil No. 07-543 BB/RHS
                                                             Adversary No.  06-1054 S
TEODORO A. GARCIA and                         Bankruptcy No.  7-05-14383 SA
ESTHER J. GARCIA,

       Defendants/Appellees.

## ORDER AND JUDGMENT

**THIS MATTER** comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition on Bankruptcy Appeal ("PFRD"), filed April 18, 2008 **[Doc. No. 8]**.  No objections having been filed to the PFRD, and having reviewed the same, the Court will adopt the PFRD and affirm the decision of the Bankruptcy Court.

**WHEREFORE**,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition on Bankruptcy Appeal **[Doc. No. 8]** are adopted by the Court.

**IT IS FURTHER ORDERED** that the Bankruptcy Court's judgment in favor of Defendants Teodoro and Esther Garcia against Plaintiff Montoya is affirmed.

**IT IS FURTHER ORDERED** that Defendants/Appellees' request for costs and fees is denied.

**IT IS FINALLY ORDERED, ADJUDGED AND DECREED** that this civil proceeding is dismissed with prejudice.

                                                                            _____
                                                                            UNITED STATES DISTRICT JUDGE